UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-6511-GW(JPRx) | Date | October 20, 2017 |
|---|---|---|---|
| Title | *Armida Guzman v. SolarCity Corporation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 18, 2017, Plaintiff Armida Guzman filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for December 21, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 20, 2017.

: 

Initials of Preparer  JG