# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ARMIDA GUZMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

Plaintiff,

v.

**SOLARCITY CORPORATION,**

Defendant.

**Case No.:** CV 17-6511-GW(JPRx)

**ORDER OF DISMISSAL**

**HONORABLE GEORGE WU**

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders Plaintiff's claims to be, and are, dismissed with prejudice while the claims of the putative class members are dismissed without prejudice. Each Party to bear their own attorneys' fees; and, costs.

**IT IS SO ORDERED.**

Dated: December 22, 2017

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

PROOF OF SERVICE